# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

**August 10, 2010**

| | | |
|---|---|---|
| 29835 | State v. Marzec | Affirmed |

**August 17, 2010**

| | | |
|---|---|---|
| 30127 | State v. Branco | Reversed |

**August 30, 2010**

| | | |
|---|---|---|
| 29644 | State v. Damo | Affirmed |
| 29814 | State v. Drill | Vacated and remanded |

**September 9, 2010**

| | | |
|---|---|---|
| 30194 | State v. Brown | Reversed |
| 30197 | State v. Clemmer | Affirmed |

**September 10, 2010**

| | | |
|---|---|---|
| 29983 | RJ, In re | Affirmed |

**September 20, 2010**

| | | |
|---|---|---|
| 29810 | Association of Owners of Wehilani v. Welter | Affirmed |

**September 21, 2010**

| | | |
|---|---|---|
| 29624 | State v. Terlep | Affirmed |

**September 23, 2010**

| | | |
|---|---|---|
| 30074 | State v. Pascua | Affirmed |
| 29741 | State v. Pasion | Affirmed |
| 29141 | State v. Yue | Vacated and remanded |